## THIRD DEPARTMENT, MAY TERM, 1889.

General Term; leave given to reply; demurrer overruled. Opinion by Pratt, J.; Dykman, J., not sitting.

William H. H. Childs, Respondent, v. William Mayer, as Executor, etc., Appellant. — Order reversed, with costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

William Harrigan v. The City of Brooklyn. — Order overruling demurrer to complaint, and judgment thereon, affirmed, with costs. Opinion by Pratt and Dykman, JJ.; Barnard, P. J., dissenting.

Hannah M. Wait v. Sarah O. Cerqua. — Judgment for plaintiff upon submitted case, with costs. Opinion by Barnard, P. J.

William L. Caryngham v. John Duffy. — Order reversed, with costs and disbursements. Opinion by Dykman, J.

## THIRD DEPARTMENT, MAY TERM, 1889.

Lemuel S. Bunnell, Respondent, v. The Empire Laundry Machinery Company, Appellant. — Judgment reversed, referee discharged, new trial granted, costs to abide event. Opinion by Learned, P. J.; Ingalls, J., expressing no opinion.

In the Matter of the Will of Nancy Rosecrans, Deceased.—Order affirmed, with costs. Opinion by Ingalls, J.

George W. Brayton, Assignee, Respondent, v. Darwin W. Sherman, Executor, Appellant.— Judgment modified by deducting $145 as of the date of its entry, and interest thereon from June 2, 1882, and the five per cent extra allowance on the sum deducted, and, as modified, affirmed, without costs in this court. Opinion by Landon, J.

George MacArthur, Respondent, v. Henry Gordon and others, Appellants. —Order settled by Landon, J.; Mem. by Learned, P. J.

Stacia Cullen, Appellant, v. Frederick O. Norton, Respondent,— Motion for reargument denied, with ten dollars costs. Mem. by Landon, J.

Edward D. Ransom and others, Respondents, v. Willard E. Masten, Appellant.— Motion for reargument or to go to the Court of Appeals denied, with ten dollars costs. Learned, P. J., not acting.

Abraham V. De Witt, as Trustee, etc., v. Emma L. Stender and others. — Order affirmed, without costs. Opinion by Landon, J.; Learned, P. J., not acting.

William Ockempaugh, Respondent, v. Mary Slater and another, Appellants. — Order affirmed, with ten dollars costs and printing disbursements.

Charlotte C. Radloff, Respondent, v. Charles F. Mattlage, Appellant. — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by Learned, P. J.

Willard Lester, Trustee, Appellant, v. Henry A. Mann and others, Respondents. — Order affirmed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

Horace P. Dann, Appellant, v. Samuel O. Gleason, Respondent. — Order affirmed, with ten dollars costs and printing disbursements.

Charles B. Wenzell, Respondent, v. John B. Morrissey, Appellant. — That part of the order imposing a reference reversed, the residue affirmed; no costs of appeal.

In the Matter of Proving Will of Isabella P. Sarauw. — Decree affirmed, with costs, against appellant. — Opinion by Learned, P. J.

Edward Stack, Respondent, v. Charles P. Weatherwax, Appellant. — Judgment affirmed, with costs. Mem. by Learned, P. J.

Cyrenius Flint and others, Respondents, v. Orris Frantzman, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Susan Davis, Appellant, v. The City of Kingston, Respondent. — Judgment affirmed, with costs. Mem. by Learned, P. J.

Smith Hay, Appellant, v. Marcus S. Babcock, Respondent. Motion for leave to go to Court of Appeals denied.

Richard Hoag, Respondent, v. Thyrsa E. Hatch and others. Appellants. — Appeal dismissed, with ten dollars costs. Mem. by Landon, J.

Dennis Maher, Respondent, v. Mrs. George W. Wilson, Appellant. — Order affirmed, with ten dollars costs and printing disbursements.

Garrie H. Delamater, Administrator, etc., Respondent, v. The Prudential Insurance Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Deborah Dwyer, Appellant, v. Rathbone, Sard & Co., Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Elizabeth Ludlow, Appellant, v. Jacob Carr, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.; Ingalls, J., not acting.

Jerome Bean, Respondent, v. George Van Dyke, Appellant. — Judgment affirmed, with costs.

Ella L. Dunckel, Appellant, v. Ephraim Failing and others, Executors, etc., Respondents. — Judgment affirmed, with costs. Opinion by Learned, P. J.

In the Matter of the Will of Thomas Lantry. — Decree affirmed, with costs against appellant. Opinion by Learned, P. J.

Richard Hoag, Appellant, v. Henry M. Prime, Respondent. — Judgment affirmed, with costs. Mem. by Learned, P. J.

In the Matter of Charges against Patrick Grogan, Police Justice of the Town of Watervliet.—Motion for reference denied and charges dismissed. Opinion by Learned, P. J.

NOTE. — Decisions, in cases not reported, of the May, 1889, Term, First Department, will be found in next volume.